1  BROWNSTEIN THOMAS, LLP
2  MARK C. THOMAS SBN: 215580
   220 Montgomery Street, Suite 876
3  San Francisco, CA 94104
   Telephone: 415-951-4878
4  Facsimile:  415-951-4885

5  Attorneys for Plaintiffs
   Rose Salazar and Raymond Mendoza

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROSE SALAZAR, an individual, and RAYMOND MENDOZA, an individual, Plaintiffs, vs. CITY OF VALLEJO, a government entity, COUNTY OF SOLANO, a government entity, and OFFICER S. KENNY, an individual, Defendants | Case No.: **2:07-CV-01114-MCE-DAD** **JOINT STIPULATION OF DISMISSAL** |
|---|---|

   IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants that the entire action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice.  Each side will bear its own costs and fees.

///
///
///
///
///
///
///
///

STIPULATION FOR DISMISSAL - 1

1                                                BROWNSTEIN THOMAS, LLP

2 DATED: _____, 2008

4                                                MARK C. THOMAS
                                                 Attorney for Plaintiffs
5                                                  Rose Salazar and
                                                 Raymond Mendoza

8                                                  CITY OF VALLEJO

9 DATED: _____, 2008

11                                               ALESIA JONES-MARTIN
                                              Attorney for Defendants
12                                              City of Vallejo and Officer S.
13                                              Kenney

15 PURSUANT TO STIPULATION, **IT IS SO ORDERED**

17 DATED: April 3, 2008

19                              MORRISON C. ENGLAND, JR
                             UNITED STATES DISTRICT JUDGE